**Order entered April 10, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00193-CV

**IN RE AEP TEXAS, INC., Relator**

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01068**

**ORDER**

Based on the Court's opinion of this date, we **GRANT** relator's April 6, 2020 motion and **DISMISS** this original proceeding. Each party shall bear its own costs of this original proceeding.

/s/    AMANDA L. REICHEK
       JUSTICE